Submitted on record and briefs December 16, 1992, reversed and remanded for reconsideration January 6, 1993

In the Matter of the Compensation of
Richard E. Farley, Claimant.
STATE BUILDING MAINTENANCE
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

Richard E. FARLEY,
*Respondent.*
(WCB 91-05367; CA A75202)

842 P2d 820

Alexander D. Libmann, Portland, filed the brief for petitioners.

Floyd H. Shebley and Westmoreland & Shebley, P.C., Portland, filed the brief for respondent.

Before Warren, Presiding Judge, and Rossman and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).